**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gar-worh Williams, | No. CV-26-04152-PHX-KML (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

On June 12, 2026, petitioner filed a petition for a writ of habeas corpus asserting two claims. First, his detention had become impermissibly prolonged and he was entitled to release under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1 at 12.) Second, his rights under the Fifth Amendment were violated when he was detained with "no notice of revocation or informal interview." (Doc. 1 at 15.) Respondents filed a response arguing petitioner had no viable claim under *Zadvydas* because ICE "was in the process of removing Petitioner on June 16, 2026, but the removal was paused pursuant to this Court's general order." (Doc. 6 at 4.) Respondents did not address petitioner's second argument regarding the lack of notice before he was detained.

Petitioner filed a reply conceding respondents had "addressed" the issue of his *Zadvydas* claim. (Doc. 11 at 1.) But petitioner claims he has an "independent claim" that the "procedures used to revoke his Order of Supervision" did not comply with the Fifth Amendment. (Doc. 11 at 3-4.)

There is a reasonable likelihood of petitioner's removal in the foreseeable future and

his *Zadvydas* claim fails. As for his other claim, petitioner has not identified any authority establishing release would be the proper remedy, even if the court were to agree he should have received notice before being detained. There is a valid order of removal and the government is able to accomplish that removal. In these circumstances, habeas relief is not appropriate. *See Munaf v. Geren*, 553 U.S. 674, 693 (2008) ("Habeas corpus is governed by equitable principles.") (simplified).

   **IT IS ORDERED** the petition (Doc. 1) is **DENIED**. The Clerk of Court shall enter judgment in favor of respondents and close this case.

   Dated this 9th day of July, 2026.

_____

**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -